AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

StemCells, Inc. and StemCells California, Inc.  )
                Plaintiff  )
v.  )  Civil Action No.
Neuralstem, Inc., Karl K. Johe, and I. Richard Garr  )
                Defendant  )

**E-FILING**

**ADR**

Summons in a Civil Action  **C 08  02364**

To:  Neuralstem, Inc.
        *(Defendant's name)*

**PVT**

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

William G. Gaede, Esq.
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304-1212

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                        Richard W. Wieking
**MAY 0 7 2008**                            Name of clerk of court
Date:  _____

                                        *Tiffany Salinas-Harwell*
                                        Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*