| Clerk's Use Only | Type name, address, phone number of applicant here |
|---|---|
| Initial for fee pd.: | |

**FILED**
MAY 2 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Stemcells, Inc.
Stemcells California, Inc.

        Plaintiff(s),

CASE NO. 08-cv-02364-CW

v.

Neuralstem, Inc.
Karl K Johe
I Richard Garr

        Defendant(s).

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

**BY FAX**

Pursuant to Civil L.R. 11-3, Brian J Arnold, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/16/08