Clerk's Use Only

Initial for fee pd.:

Michael J. Abernathy
BELL, BOYD & LLOYD LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60602
312.807.4257

**FILED**
MAY 2 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

STEMCELLS, INC. and STEMCELLS
CALIFORNIA, INC.,

Plaintiff(s),

v.

NEURALSTEM, INC., KARL K. JOHE,
and I. RICHARD GARR

CASE NO. 08CV02364 (CW)

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

**BY FAX**

_____Defendant(s). _____/

Pursuant to Civil L.R. 11-3, Michael J. Abernathy                     , an active member in

good standing of the bar of U.S. District Court for the Northern District of Illinois          , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing defendants Neuralstem, Inc., Karl Johe and I. Richard Garr in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest
    court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local
    Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to
    become familiar with the Local Rules and the Alternative Dispute Resolution
    programs of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who
    maintains an office within the State of California has been designated as co-
    counsel in the above-entitled action. The name, address and telephone number of
    that attorney is:
    Clark Stone, MacPherson Kwok Chen & Heid LLP, 2033 Gateway Place, Suite
    400, San Jose, California, 95110, (408) 392-9250

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 14, 2008 _____

_____
Michael J. Abernathy