Case 4:08-cv-02364-CW    Document 14    Filed 05/23/2008    Page 1 of 1



Clerk's Use Only

Initial fee pd.:

Bell, Boyd & Lloyd, LLP
Alan L. Barry (Pro Hac Vice)
70 West Madison Street, Suite 3100
Chicago, IL 60602
Telephone: (312)807-4438
Fax: (312)827-8196

**FILED**
MAY 2 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

STEMCELLS, INC, and STEMCELLS CALIFORNIA, INC.,

        Plaintiff(s),

v.

NEURALSTEM, INC., KARL K. JOHE and I. RICHARD GARR

        Defendant(s).

CASE NO. C-08-02364 CW

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Alan L. Barry, an active member in good standing of the bar of U.S. District Court for the N.D. Ill., hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing DEFENDANTS in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Clark Stone,
MacPherson Kwok Chen & Heid LLP
2033 Gateway Place, Suite 400, San Jose, CA 95110 (408)392-9250

I declare under penalty of perjury that the foregoing is true and correct.

**BY FAX**

Dated: May 14, 2008

*Alan L. Barry*
Alan L. Barry