## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

StemCells, Inc., et al. )
)
)
)
**Plaintiff(s)** )
) Case No.: C08 02364 PVT
v. )
)
Neuralstem, Inc., et al. )
)
)
)
**Defendant(s)** )

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, David S. Felter, having been duly authorized to make service of the Summons in a Civil Action; Complaint for Patent Infringement; First Amended Complaint for Patent Infringement, Trade Libel and Violation of Business and Professions Code Section 17200 with attachments; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Declination To Proceed Before A Magistrate Judge and Request for Reassignment To A United States District Judge; Civil Cover Sheet; Reassignment Order; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Civil Practice In Cases Assigned for All Purposes To Magistrate Judge Patricia V. Trumbell; and Contents of Joint Case Management Statement with attachments on Neuralstem, Inc. c/o Paracorp., Inc., Registered Agent in the above entitled case, hereby depose and say:

That I am over the age of eighteen and not a party to or otherwise interested in this suit.

That I am a private process server and my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on May 16, 2008 at 4:19 PM, I served the within Summons in a Civil Action; Complaint for Patent Infringement; First Amended Complaint for Patent Infringement, Trade Libel and Violation of Business and Professions Code Section 17200 with attachments; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Declination To Proceed Before A Magistrate Judge and Request for Reassignment To A United States District Judge; Civil Cover Sheet; Reassignment Order; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Civil Practice In Cases Assigned for All Purposes To Magistrate Judge Patricia V. Trumbell; and Contents of Joint Case Management Statement with attachments via facsimile at 1-888-272-5439 on Neuralstem, Inc. c/o Paracorp., Inc., Registered Agent located at 40 Division Street, Suite A, Dover, DE 19901. The within documents were received by Noelle Poore, Account Executive, authorized to accept. See attached transmittal acknowledging receipt of documents from Ms. Poore.

I do solemnly declare and affirm under penalty of perjury that the information set forth herein is correct to the best of my knowledge, information and belief.

*David S. Felter* (signature)
David S. Felter
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526

ID: 08-002358                                                                                          Client Reference: N/A