# AFFIDAVIT OF PROCESS SERVER

| United States District Court | State of California |
|---|---|

**StemCells, Inc. and StemCells California, Inc.**

    Plaintiff

vs.

**Neuralstem, Inc., Karl K. Johe, and I. Richard Garr**

    Defendant

Attorney:

McDermott Will & Emery LLP
3150 Porter Dr.
Palo Alto, CA. 94304

Case Number: C0802364PVT

Legal documents received by Same Day Process Service on May 12th, 2008 at 3:30 PM to be served upon **I. Richard Garr at 8803 Maxwell Dr., Potomac, MD. 20854**

I, B. Tony Snesko, swear and affirm that on **May 12th, 2008 at 5:30 PM**, I did the following:

**Substitute** served **I. Richard Garr** by leaving a conformed copy of this **Summons In A Civil Action; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Case Management Scheduling Order for Reassigned Civil Case; Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge; Reassignment Order dated May 9, 2008; Complaint for Patent Infringement; First Amended Complaint for Patent Infringement, Trade Libel and Violation of Business and Professions Code Section 17200; Exhibits** at the within named person's usual place of residence, to a person residing therein who is at least 18 years of age or older and who stated that he/she resides therein with the defendant to wit: **Elizabeth Garr, Co-Tenant & Daughter** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 26   Height: 5'3   Weight: 110   Skin Color: white   Hair Color: brown   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**B. Tony Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000009557

Reference Number: 081361-0010

District of Columbia: SS
Subscribed and Sworn to before me,
this 18th day of MAY 2008

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.