# AFFIDAVIT OF PROCESS SERVER

| United States District Court | State of California |
|---|---|
| **StemCells, Inc. and StemCells California, Inc.** | Attorney: |
| Plaintiff | McDermott Will & Emery LLP |
| vs. | 3150 Porter Dr. |
| | Palo Alto, CA. 94304 |
| **Neuralstem, Inc., Karl K. Johe, and I. Richard Garr** | |
| Defendant | |

**Case Number:** C0802364PVT

Legal documents received by Same Day Process Service on May 12th, 2008 at 3:30 PM to be served upon **Karl K. Johe** at **10841 Stanmore Dr., Potomac, MD. 20854**

I, B. Tony Snesko, swear and affirm that on **May 12th, 2008 at 5:50 PM**, I did the following:

**Substitute** served **Karl K. Johe** by leaving a conformed copy of this **Summons In A Civil Action; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Case Management Scheduling Order for Reassigned Civil Case; Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge; Reassignment Order dated May 9, 2008; Complaint for Patent Infringement; First Amended Complaint for Patent Infringement, Trade Libel and Violation of Business and Professions Code Section 17200; Exhibits** at the within named person's usual place of residence, to a person residing therein who is at least 18 years of age or older and who stated that he/she resides therein with the defendant to wit: **Mouna Johe, co-tenant & wife** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 50   Height: 5'4"   Weight: 155   Skin Color: white   Hair Color: brown   Glasses: N

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

B. Tony Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000009556

Reference Number: 081361-0010

District of Columbia: SS
Subscribed and Sworn to before me, this 18th day of May, 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.