1 | Clark S. Stone (SBN 202123) cstone@macpherson-kwok.com
MACPHERSON KWOK CHEN & HEID LLP
2033 Gateway Place, Suite 400
San Jose, CA 95110
Telephone: (408) 392-9250
Facsimile: (408) 392-9262

Sanjay K. Murthy (SBN 212097)  smurthy@bellboyd.com
BELL, BOYD & LLOYD LLP
70 West Madison Street, Suite 3300
Chicago, Illinois  60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8000

Attorneys for Defendants
NEURALSTEM, INC., KARL K. JOHE, and
I. RICHARD GARR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEMCELLS, INC., a Delaware corporation, and STEMCELLS CALIFORNIA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NEURALSTEM, INC., a Maryland corporation, KARL K. JOHE, an individual, and I. RICHARD GARR, an individual,<br><br>Defendants. | **Case No. C 08-02364 (CW)**<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE
CASE NO. C-08-02364 (CW)

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Sanjay K. Murthy of Bell, Boyd & Lloyd LLP hereby appears in the above-entitled action as counsel for Defendants NEURALSTEM, INC., KARL K. JOHE, and I. RICHARD GARR. The undersigned requests that copies of all briefs, motions, orders, correspondence and other papers be served upon Mr. Murthy at his address listed below:

Sanjay K. Murthy, SBN 212097
smurthy@bellboyd.com
70 W. Madison St., Suite 3100
Chicago, Illinois 60602-4207
Telephone: (312) 807-4416
Facsimile: (312) 827-8138

Dated: May 28, 2008

BELL, BOYD & LLOYD LLP

By: /s/ Sanjay K. Murthy
Sanjay K. Murthy (SBN 212097)
smurthy@bellboyd.com
70 West Madison, Suite 3100
Chicago, Illinois 60602-4207
Telephone: (312) 372-1121
Facsimile: (312) 827-8000

Clark S. Stone (SBN 202123)
cstone@macpherson-kwok.com
MACPHERSON KWOK CHEN & HEID LLP
2033 Gateway Place, Suite 400
San Jose, CA 95110
Telephone: (408) 392-9250
Facsimile: (408) 392-9262

Attorneys for Defendants
NEURALSTEM, INC., KARL K. JOHE, and
I. RICHARD GARR