| | |
|---|---|
| 1 | CLARK S. STONE (SBN 202123) |
| | STEVEN M. LEVITAN (SBN 148716) |
| 2 | INCHAN A. KWON (SBN 247614) |
| | **MacPHERSON KWOK CHEN & HEID LLP** |
| 3 | 2033 Gateway Place, Suite 400 |
| | San Jose, California 95110 |
| 4 | Phone: (408) 392-9250 |
| | Facsimile: (408) 392-9262 |
| 5 | email: |
| | cstone@macpherson-kwok.com |
| 6 | slevitan@macpherson-kwok.com |
| | ikwon@macpherson-kwok.com |
| 7 | |
| | ALAN L. BARRY (*pro hac vice*) |
| 8 | MICHAEL J. ABERNATHY (*pro hac vice*) |
| | SANJAY K. MURTHY (SBN 212097) |
| 9 | **BELL, BOYD & LLOYD LLP** |
| | 70 West Madison Street, Suite 3100 |
| 10 | Chicago, Illinois 60602 |
| | Phone: (312) 372-1121 |
| 11 | Facsimile: (312) 827-8000 |
| 12 | abarry@bellboyd.com |
| | mabernathy@bellboyd.com |
| 13 | smurthy@bellboyd.com |
| 14 | |
| | Attorneys for Defendants |
| 15 | NEURALSTEM, INC., KARL K. JOHE, and |
| | I. RICHARD GARR |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEMCELLS, INC., a Delaware corporation, and STEMCELLS CALIFORNIA, INC., a California corporarion, | **Case No. C 08-02364 CW** |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| NEURALSTEM, INC., a Maryland corporation, KARL K. JOHE, an individual, and I. RICHARD GARR, an individual, | |
| Defendants. | |

NOTICE OF APPEARANCE -- Case No. C 08-02364 (CW)                                                1

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Clark S. Stone, Steven M. Levitan and Inchan A. Kwon of MacPherson Kwok Chen & Heid LLP hereby appear in the above-entitled action as counsel for Defendants NEURALSTEM, INC., KARL K. JOHE, and I. RICHARD GARR.  It is respectfully requested that copies of all briefs, motions, orders, correspondence and other papers be served upon the named counsel at the address listed below:

> Clark S. Stone, Esq.
> Steven M. Levitan, Esq.
> Inchan A. Kwon, Esq.
> 2033 Gateway Place, Suite 400
> San Jose, CA 95110
> Phone:  (408) 392-9250
> Facsimile:  (408) 392-9262
> cstone@macpherson-kwok.com
> slevitan@macpherson-kwok.com
> ikwon@macpherson-kwok.com

Dated:  May 30, 2008			MacPHERSON KWOK CHEN & HEID LLP

By   /s/ Clark S. Stone
    CLARK S. STONE
    STEVEN M. LEVITAN
    INCHAN A. KWON

    ALAN L. BARRY
    MICHAEL J. ABERNATHY
    SANJAY K. MURTHY
    BELL, BOYD & LLOYD LLP
    70 West Madison Street, Suite 3100
    Chicago, Illinois 60602

    Attorneys for Defendants
    NEURALSTEM, INC., KARL K. JOHE, and
    I. RICHARD GARR