

Clerk's Use Only

Initial for fee pd.:

Brian J. Arnold (*Pro Hac Vice*)
BELL, BOYD & LLOYD LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602
Telephone: (312) 372-1121
Fax: (312) 827-8196

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

StemCells, Inc.,
StemCells California, Inc.

        Plaintiff(s),

  v.

Neuralstem Inc.,
Karl K. Johe
I. Richard Garr

        Defendant(s).

CASE NO. 08CV02364 (CW)

AMENDED APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

BY FAX

FILED
MAY 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Pursuant to Civil L.R. 11-3, Brian J Arnold, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Clark Stone, MacPherson Kwok Chen & Heid LLP, 2033 Gateway Place, Suite 400, San Jose, California, 95110, (408) 392-9250

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 30, 2008