```
 1  MCDERMOTT WILL & EMERY LLP
    Terrence P. McMahon (71910)
 2  tmcmahon@mwe.com
    William G. Gaede III (136184)
 3  wgaede@mwe.com
    Andrew A. Kumamoto (178541)
 4  akumamoto@mwe.com
    3150 Porter Drive
 5  Palo Alto, CA  94304-1212
    Telephone:   (650) 813-5000
 6  Facsimile:   (650) 813-5100

 7  Attorneys for StemCells, Inc. and
    StemCells California, Inc.
```

**FILED**

MAY 29 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEMCELLS, INC., a Delaware corporation, and STEMCELLS CALIFORNIA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v<br><br>NEURALSTEM, INC., a Maryland corporation, KARL K. JOHE, an individual, and I. RICHARD GARR, an individual,<br><br>Defendants. | Case No. C-08-02364 CW<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY JOHN R. FUISZ *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, John R. Fuisz, an active member in good standing of the bars of Virginia (# 34365) and District of Columbia (# 461620) hereby applies for admission to practice in the United States District Court for the Northern District of California on a *pro hac vice* basis representing Plaintiffs StemCells, Inc. and StemCells California, Inc. in the above-entitled case.

In support of this application, I certify on oath that:

1. My current address and phone number is:
   John R. Fuisz
   McDermott Will & Emery LLP
   600 13th Street, N.W.
   Washington D.C. 20005-3096

1       Telephone No. (202) 756-8000

2     2.    I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court.

    3.    Attorneys who are members of the bar of this Court in good standing and who maintain an office within the State of California have been designated as co-counsel in the above-entitled action. The names, address, and telephone number of those attorneys are:

> Terrence P. McMahon (71910)
> William G. Gaede III (136184)
> Andrew A. Kumamoto (178541)
> McDermott Will & Emery LLP
> 3150 Porter Drive
> Palo Alto, CA 94304
> Telephone : (650) 8133-5000
> Facsimile: (650) 813-5100

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 9, 2008

MCDERMOTT WILL & EMERY LLP

By: _____
    John R. Fuisz

Attorneys for *StemCells, Inc. and StemCells California, Inc.*