IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEMCELLS, INC., a Delaware corporation, and STEMCELLS CALIFORNIA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v<br><br>NEURALSTEM, INC., a Maryland corporation, KARL K. JOHE, an individual, and I. RICHARD GARR, an individual,<br><br>Defendants. | Case No.  C-08-02364 CW<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Stephen K. Shahida, an active member in good standing of the bars of the District of Columbia and Maryland, whose business address and telephone number is McDermott Will & Emery LLP, 600 13th Street, N.W., Washington D.C. 20005-3096, (202) 756-8000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice*.  Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party.  All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: _____

Honorable Claudia Wilken
United States District Court Judge

MPK 142595-1.081361.0011

**ORDER GRANTING ADMISSION OF ATTORNEY *PRO HAC VICE***
**CASE NO. C-08-02364 CW**