**RECEIVED**
MAY 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**
JUN 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

Stemcells, Inc.
Stemcells California, Inc.

                    Plaintiff(s),
        v.

Neuralstem, Inc.
Karl K Johe
I Richard Garr

                    Defendant(s).

CASE NO. 08-cv-02364-CW

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

**BY FAX**

Brian J Arnold, an active member in good standing of the bar of Illinois whose business address and telephone number (particular court to which applicant is admitted) is

Bell, Boyd & Lloyd LLP
70 W Madison, Suite 3100
Chicago, IL 60602

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Neuralstem, Inc., Karl K Johe, and I Richard Garr .

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUN 10 2008

_____
United States District    Judge