RECEIVED

MAY 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED

JUN 1 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIF.
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

STEMCELLS, INC., and STEMCELLS
CALIFORNIA, INC.,

              Plaintiff(s),

       v.

NEURALSTEM, INC., KARL K. JOHE,
and I. RICHARD GARR,

              Defendant(s).
                                /

CASE NO.  08CV02364 (CW)

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

BY FAX

Michael J. Abernathy , an active member in good standing of the bar of
U.S. District Court for the Northern District of Illinois whose business address and telephone number
(particular court to which applicant is admitted)
is
Bell, Boyd & Lloyd LLP, 70 West Madison, Suite 3100, Chicago, Illinois 60602, (312) 807-4257
,
having applied in the above-entitled action for admission to practice in the Northern District of
California on a *pro hac vice* basis, representing defendants Neuralstem, Inc., Karl Johe, I. Richard Garr.

     IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and
conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac
vice*. Service of papers upon and communication with co-counsel designed in the application will
constitute notice to the party. All future filings in this action are subject to the requirements
contained in General Order No. 45, *Electronic Case Filing*.

Dated: ~~May 14, 2008~~ JUN 1 0 2008

_____
United States District      Judge
Honorable Claudia Wilken

UNITED STATES DISTRICT COURT
For the Northern District of California