**RECEIVED**

MAY 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**

JUN 1 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
### Northern District of California

UNITED STATES DISTRICT COURT
For the Northern District of California

STEMCELLS, INC. and STEMCELLS
CALIFORNIA, INC.

                  Plaintiff(s),

   v.

NEURALSTEM, INC., KARL K. JOHE
and I. RICHARD GARR

                  Defendant(s).

**CASE NO.  C-0802364 CW**

(Proposed)
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

# BY FAX

Alan L. Barry            , an active member in good standing of the bar of

U.S. Dist. Court for N.D. Ill.       whose business address and telephone number

(particular court to which applicant is admitted)

is

Bell, Boyd & Lloyd, LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602; (312)807-4438

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing DEFENDANTS

      IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:

    **JUN 1 0 2008**

                                  District
                          United States ~~Magistrate~~ Judge