MCDERMOTT WILL & EMERY LLP
Terrence P. McMahon (71910)
tmcmahon@mwe.com
William G. Gaede III (136184)
wgaede@mwe.com
Andrew A. Kumamoto (178541)
akumamoto@mwe.com
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:    (650) 813-5000
Facsimile:     (650) 813-5100

MCDERMOTT WILL & EMERY LLP
John R. Fuisz (*pro hac vice*)
jfuisz@wme.com
Stephen Shahida (*pro hac vice*)
sshahida@wme.com
600 13th Street, N.W.
Washington, DC 20005-3096
Telephone:    (202) 756-8000
Facsimile:     (202) 756-8087

Attorneys for *StemCells, Inc. and StemCells California, Inc.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEMCELLS, INC., a Delaware corporation, and STEMCELLS CALIFORNIA, INC., a California corporation,<br><br>                    Plaintiffs,<br><br>v.<br><br>NEURALSTEM, INC., a Maryland corporation, KARL K. JOHE, an individual, and I. RICHARD GARR, an individual,<br><br>                    Defendants. | Case No.  C-08-02364 CW<br><br>**NOTICE OF CORRECTION OF CAPTION** |

     PLEASE TAKE NOTICE that Plaintiffs inadvertently noted Neuralstem, Inc. as a Maryland corporation in the caption of the documents filed in this action.  However, in paragraph 6 of the Complaint and paragraph 7 of Plaintiffs' First Amended Complaint, Plaintiffs correctly

1  listed Defendant Neuralstem, Inc. as a Delaware corporation.  Accordingly, the caption should

2  read as follows:

3  STEMCELLS, INC., a Delaware corporation, and STEMCELLS CALIFORNIA, INC., a
4  California corporation,

5            Plaintiffs,

6  v.

7  NEURALSTEM, INC., a Deleware corporation, KARL K. JOHE, an individual,
8  and I. RICHARD GARR, an individual,

9            Defendants.

11      DATED this 19th day of June 2008 at Palo Alto, California.

12            MCDERMOTT WILL & EMERY LLP

14      By:  */s/ Andrew A. Kumamoto*
15            Andrew A. Kumamoto