Clark S. Stone (SBN 202123) cstone@macpherson-kwok.com
Steven M. Levitan (SBN 148716) slevitan@macpherson-kwok.com
Inchan A. Kwon (SBN 247614) ikwon@macpherson-kwok.com
MACPHERSON KWOK CHEN & HEID LLP
2033 Gateway Place, Suite 400
San Jose, CA 95110
Telephone: (408) 392-9250
Facsimile: (408) 392-9262


Alan L. Barry (*pro hac vice*) abarry@bellboyd.com
Michael J. Abernathy (*pro hac vice*) mabernathy@bellboyd.com
Sanjay K. Murthy (SBN 212097) smurthy@bellboyd.com
Brian J. Arnold (*pro hac vice*) barnold@bellboyd.com
BELL, BOYD & LLOYD LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8000


Attorneys for Defendants
NEURALSTEM, INC., KARL K. JOHE, and
I. RICHARD GARR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEMCELLS, INC., a Delaware corporation, and STEMCELLS CALIFORNIA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NEURALSTEM, INC., a Delaware corporation, KARL K. JOHE, an individual, and I. RICHARD GARR, an individual,<br><br>Defendants. | **Case No. C 08-02364 CW**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**<br><br>Judge:      Hon. Claudia Wilken<br>Date:       August 26, 2008<br>Time:       2:00 p.m.<br>Courtroom: Courtroom 2, 4th Floor |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
TO EXTEND TIME TO ANSWER OR OTHER RESPOND TO
THE AMENDED COMPLAINT
CASE NO. C-08-02364(CW)

The Court has read and considered the papers submitted in connection with Defendants' Motion to Extend Time to Answer or Otherwise Respond to the Amended Complaint. The Court finds that, based upon the circumstances presented, good cause for Defendants' request for an extension of time exists.

IT IS HEREBY ORDERED THAT Defendants' Motion is GRANTED. Accordingly Defendants are hereby granted an extension of time to answer or otherwise respond to the Amended Complaint until the lesser of: (1) ten (10) days after the District of Maryland's ruling on StemCells' potential Motion to Transfer or (2) sixty (60) days.

IT IS SO ORDERED:

DATED: _____

CLAUDIA WILKEN
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
TO EXTEND TIME TO ANSWER OR OTHER RESPOND TO
THE AMENDED COMPLAINT
CASE NO. C-08-02364(CW)