IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEMCELLS, INC., et al.,

    Plaintiffs,

  v.

NEURALSTEM, INC., et al.,

    Defendants.
                                 /

No. 08-02364 CW

CLERK'S TAKING MOTION UNDER SUBMISSION

On July 14, 2008, Defendants Neuralstem, Inc., Karl K. Johe and I. Richard Garr filed a Motion to Extend Time to Answer or Otherwise Respond to the Amended Complaint. On July 15, 2008, Plaintiffs filed an opposition to the motion. Pursuant to Local Rule 6-3(d), the matter will be decided on the papers. The hearing previously set for August 26, 2008, is vacated.

Dated 7/16/08

                                              *Sheilah Cahill*
SHEILAH CAHILL
Deputy Clerk