**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Stemcells, Inc., | 08-02364 CW |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Neuralstem, Inc., | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-02364 CW                               -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

    It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: August 14, 2008

RICHARD W. WIEKING
Clerk
by:     Lisa M. Salvetti

*[signature]*

―――――――――――――――――――――
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
08-02364 CW                                             -2-

PROOF OF SERVICE

Case Name:        Stemcells, Inc. v. Neuralstem, Inc.

Case Number:      08-02364 CW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On August 14, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Andrew Aizo Kumamoto
> McDermott Will & Emery
> 3150 Porter Drive
> Palo Alto, CA 94304-1212
> akumamoto@mwe.com
>
> William G. Gaede III
> McDermott Will & Emery LLP
> 3150 Porter Drive
> Palo Alto, CA 94304-2626
> wgaede@mwe.com
>
> Terrence Patrick McMahon
> McDermott, Will & Emery
> 3150 Porter Drive
> Palo Alto, CA 94304-1212
> tmcmahon@mwe.com
>
> John R. Fuisz
> McDermott, Will & Emery
> 600 13th Street N.W.

Washington, DC 20005-8000
jfuisz@mwe.com

Stephen K. Shahida
McDermott Will & Emery
600 13th Street N.W.
Washington, DC 20005-3096
sshahida@mwe.com

Sanjay K. Murthy
Bell Boyd & Lloyd LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602
smurthy@bellboyd.com

Clark S. Stone
MacPherson Kwok Chen & Heid LLP
2033 Gateway Place
Suite 400
San Jose, CA 95110
cstone@macpherson-kwok.com

Steven Mark Levitan
MacPherson Kwok Chen & Heid LLP
2033 Gateway Place
Suite 400
San Jose, CA 95110
slevitan@macpherson-kwok.com

Inchan Andrew Kwon
MacPherson Kwok Chen & Heid LLP
2033 Gateway Place
Suite 400
San Jose, CA 95110
ikwon@macpherson-kwok.com

Brian J. Arnold
Bell Boyd & LLoyd, LLC
70 West Madison Street
Suite 3100
Chicago, IL 60602

Michael J. Abernathy Esq.

Bell, Boyd & Lloyd LLC
70 West Madison Street
Suite 3300
Chicago, IL 60602
mabernathy@bellboyd.com

Alan L. Barry
Bell,Boyd & Lloyd
Three First National Plaza
Suite 3300
70 West Madison Street
Chicago, Il 60606
abarry@bellboyd.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 14, 2008 in San Francisco, California.

> RICHARD W. WIEKING
> Clerk
> by:    Lisa M. Salvetti
>
> *(signature)*
> _____
> ADR Administrative Assistant
> 415-522-2032
> lisa_salvetti@cand.uscourts.gov