1  Clark S. Stone (SBN 202123) cstone@macpherson-kwok.com
   MACPHERSON KWOK CHEN & HEID LLP
2  2033 Gateway Place, Suite 400
   San Jose, CA 95110
3  Telephone:  (408) 392-9250
   Facsimile:  (408) 392-9262
4
   Michael J. Abernathy (*pro hac vice*) mabernathy@bellboyd.com
5  Sanjay K. Murthy (SBN 212097) smurthy@bellboyd.com
   BELL, BOYD & LLOYD LLP
6  70 West Madison Street, Suite 3100
   Chicago, Illinois  60602
7  Telephone:  (312) 372-1121
   Facsimile:  (312) 827-8000
8

9  Attorneys for Defendants
   NEURALSTEM, INC., KARL K. JOHE, and
10 I. RICHARD GARR

11

12                      UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14                            OAKLAND DIVISION

15

16

17 STEMCELLS, INC., a Delaware corporation, and   **Case No. C 08-02364 CW**
   STEMCELLS CALIFORNIA, INC., a California
18 corporation,                                    **NOTICE OF MOTION; MOTION AND
                                                    MEMORANDUM OF POINTS AND
19         Plaintiffs,                              AUTHORITIES IN SUPPORT OF
                                                    DEFENDANTS' MOTION FOR
20     v.                                           ADMINISTRATIVE RELIEF TO MOVE
                                                    THE CASE MANAGEMENT
21 NEURALSTEM, INC., a                              CONFERENCE**
   Delaware corporation, KARL K. JOHE, an
22 individual, and I. RICHARD GARR, an
   individual,                                     Judge:      Hon. Claudia Wilken
23                                                 Courtroom:  Courtroom 2, 4th Floor
           Defendants.
24

25

26

27

28
   DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF
   TO MOVE THE CASE MANAGEMENT CONFERENCE
   CASE NO. C 08-02364 (CW)

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Civil L.R. 7-11, Neuralstem, Inc., Karl K. Johe, and I. Richard Garr (collectively "Defendants") move the Court to reschedule the Case Management Conference currently set for August 26, 2008 to September 16, 2008.

## I.    STATEMENT OF FACTS

The background facts of this new case are well-known to this Court already. (Dkt. No. 37). On July 1, 2008, in response to Neuralstem's motion to dismiss or transfer to the District of Maryland, this Court held "the first-to-file rule is applicable" and "defer[red] to the District of Maryland to decide the appropriate forum and whether an exception to the first-to-file rule is applicable." (Dkt. No. 37, Order at 8). On July 15, 2008, StemCells filed its Motion to Dismiss or Transfer in the Maryland Action. (Dkt. No. 40.) The Court in Maryland held a hearing on StemCells' Motion to Dismiss the Maryland Action and Neuralstem's Motion to Reopen the Closed Maryland Action on August 13, 2008. (Declaration of Sanjay K. Murthy in Support of Defendants' Administrative Motion to Reschedule the Case Management Conference ("Murthy Decl."), at ¶ 3.) Judge Williams indicated he would rule in a week. (Murthy Decl., at ¶ 3.)

That same day, counsel for Neuralstem learned that his wife, who is pregnant with their first child, would likely be delivering much sooner than expected, on or near the date of the Case Management Conference currently scheduled in this case. (Murthy Decl., at ¶ 4.) Based on this news, Neuralstem's counsel contacted counsel for StemCells to advise him, and to explore the possibility of moving the August 26, 2008 hearing date back at least a week. (Ex. A.)

After reviewing this Court's website, it appeared that September 2, 2008 would work as alternative date for the hearing. StemCells' counsel agreed to moving the hearing date to September 2, 2008. (Ex. B.) Unfortunately, after further investigation into this Court's schedule, it appears the Court's first available date is actually September 16, 2008. (Ex. C.) StemCells has refused to consent to moving the Case Management Conference to September 16, 2008, unless Neuralstem agreed to certain conditions, such as setting a Trial Date and expediting its obligations under the Local Patent Rules. (Ex. D.) Neuralstem's counsel offered to contact the Court to explore alternative dates in between September 2, 2008 and September 16, 2008 to arrive at a

1    compromise.  (Murthy Decl., at ¶¶ 7,9; Ex. E.)  That offer was not accepted, thus Neuralstem is

2    forced to bring this motion so that its lead counsel can attend to his family and participate in the

3    Case Management Conference for his client.

4    **II.    ARGUMENT**

5        "A district court has inherent power to control the disposition of the causes on its docket in

6    a manner which will promote economy of time and effort, for itself, for counsel, and for litigants."

7    *See, e.g., Filtrol Corp. v. Kelleher*, 467 F.2d 242 (9th Cir. 1973).

8        **A.    Under the Local Rules Lead Counsel Is Required To Attend.**

9        Given Neuralstem's counsel's family obligations, Defendants respectfully request this

10   Court reschedule the Case Management Conference set for August 26, 2008 to September 16,

11   2008.  Under the Local Rules, Lead Counsel is required to attend the Case Management

12   Conference.  *See* Civil L.R. 16-10.  Mr. Murthy is the only attorney with an appearance in this case

13   as Lead Counsel.  Moreover, Mr. Murthy has orally argued all motions over the last two years in

14   Maryland on behalf of Neuralstem in the litigation between these parties, he has also prepared and

15   signed virtually every brief filed with this Court and the Court in Maryland in both the 2006 and

16   2008 disputes.  (Murthy Decl., at ¶¶ 1-2.)  StemCells cannot deny that Mr. Murthy is the principal

17   attorney for Neuralstem in this matter since ***all*** written correspondence for this case has been

18   directed to him.  (*Id*. at 2). When StemCells hired a new law firm to represent it in these matters,

19   Mr. Murthy was the first attorney that was contacted.  (*Id*.)  Thus, granting a limited extension of

20   time so that Mr. Murthy can be there for his family, and also fully participate in the Case

21   Management Conference, is not only required by the Local Rules, it makes logical sense.

22       **B.    The District of Maryland Will Issue A Decision On StemCells' Motion Shortly.**

23       Although the compelling personal issues are reason enough for moving the Case

24   Management Conference, there are also issues of judicial economy.  As discussed above, Judge

25   Williams held a telephonic hearing on StemCells' Motion to Dismiss and/or Transfer the Maryland

26   Declaratory Judgment Action that was filed before this case on August 13, 2008.  Judge Williams

27   told the parties he would issue a ruling in approximately one week.  (Murthy Decl., at ¶ 3).  In the

28   event Judge Williams denies StemCells' Motion, no Case Management Conference will even be

1    necessary.  Thus, it only makes sense to move the Case Management Conference back just a few

2    weeks to September 16, 2008.

3         **C.    StemCells Will Suffer Absolutely *No Prejudice*.**

4         StemCells' counsel claimed that moving the Case Management Conference back three

5    weeks "delays (1) trial setting (and thus available dates for the trial to be set), (2) the deadlines for

6    disclosures under the ND Patent Local Rules and (3) overall progression of the case." (Ex. D.)  In

7    order to address this alleged prejudice, in order to secure a new Case Management Conference date

8    just a few weeks later, StemCells counsel demanded that Neuralstem agree to a trial date ***now*** and

9    also consent to proceeding with the obligations under the Local Patent Rules using August 26,

10   2008 as the date all obligations are keyed from. (Ex. E.)

11        Proceeding with the obligations under the Local Patent Rules and setting a trial date—

12   especially when the parties do not even agree on a case schedule—without the benefit of Case

13   Management Conference makes absolutely no sense.  Nevertheless, StemCells' claims of harm and

14   prejudice based on a short "three week delay" in this case are belied by its own actions.  For

15   instance, StemCells' complaints about prejudice ring hollow in view the following undisputed

16   facts:

17
           1)    StemCells' Amended Complaint in this action alleges
18         infringement of the '418 patent which issued in ***October 2006***—a
           year and half before its Complaint was filed.  As this Court knows,
19         StemCells was already suing Neuralstem on four other patents
           disclosing the exact same technology in Maryland.    Thus,
20         StemCells was certainly aware of Neuralstem and its activities.  If
           infringement of the '418 patent was so damaging, why did
21         StemCells sit on its hands for a year and a half?

22
           2)    Most of the statements that StemCells asserts are libelous,
23         including those that allegedly resulted in an "injury," were made in
           May 2007,  a year before it bothered to file this case.  (Dkt. No. 10,
24         First Amended Complaint, at ¶¶ 22-27.) One again, the fact that
           StemCells lived with these statements for over a year belies its
25         current claim that it needs a trial date immediately or that a three
           week delay will cause it any harm.
26

27         3)    As a justification for dismissing the Maryland Action,
           StemCells admitted that it was "pushed" into suing Neuralstem:
28

> "**The fact that StemCells was pushed into having to bring litigation** in order to protect its property rights is clearly not the same as a decision to enforce those particular property rights against any particular person. **Essentially Neuralstem created this controversy, and there was no controversy at the time** it filed this anticipatory action."   (Civil Action No. 08-1173, Defendants' Reply Memorandum in Support of Their Motion To Dismiss, at pp. 6-7 n.7.) (emphasis added).

Given the fact that it sat on its infringement claims for the '418 patent for over a year and a half, claimed it only filed the lawsuit because it was "pushed" into suing Neuralstem, and then argued that there was "no controversy" between the parties at all, StemCells cannot seriously claim it must have a trial date set immediately (without the benefit of a Case Management Conference), or that a three week delay in holding the Case Management Conference and related disclosure obligations will cause it any harm.

## IV.    CONCLUSION

For the foregoing reasons, Defendants' administrative motion to reschedule the Case Management Conference in this case to September 16, 2008 should be granted.

Dated: August 15, 2008

Respectfully submitted,

BELL, BOYD & LLOYD LLP

By: /s/ Sanjay K. Murthy
Michael J. Abernathy (*pro hac vice*)
mabernathy@bellboyd.com
Sanjay K. Murthy (SBN 212097)
smurthy@bellboyd.com
70 West Madison, Suite 3100
Chicago, Illinois 60602-4207
(312) 372-1121
(312) 827-8000

Clark S. Stone (SBN 202123)
cstone@macpherson-kwok.com
MACPHERSON KWOK CHEN & HEID LLP
2033 Gateway Place, Suite 400
San Jose, CA 95110
Telephone:  (408) 392-9250
Facsimile:  (408) 392-9262

Attorney for Defendants
NEURALSTEM, INC., KARL K. JOHE, and
I. RICHARD GARR

Clark S. Stone (SBN 202123) cstone@macpherson-kwok.com
MACPHERSON KWOK CHEN & HEID LLP
2033 Gateway Place, Suite 400
San Jose, CA 95110
Telephone:  (408) 392-9250
Facsimile:  (408) 392-9262

Sanjay K. Murthy (SBN 212097) smurthy@bellboyd.com
Alan L. Barry (*pro hac vice* pending) abarry@bellboyd.com
Michael J. Abernathy (*pro hac vice* pending*)* mabernathy@bellboyd.com
BELL, BOYD & LLOYD LLP
70 West Madison Street, Suite 3100
Chicago, Illinois  60602
Telephone:  (312) 372-1121
Facsimile:  (312) 827-8000

Attorneys for Defendants
NEURALSTEM, INC., KARL K. JOHE, and
I. RICHARD GARR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEMCELLS, INC., a Delaware corporation, and STEMCELLS CALIFORNIA, INC., a California corporation,<br><br>             Plaintiffs,<br><br>      v.<br><br>NEURALSTEM, INC., a Maryland corporation, KARL K. JOHE, an individual, and I. RICHARD GARR, an individual,<br><br>             Defendants. | Case No. C 08-02364 CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO MOVE THE CASE MANAGEMENT CONFERENCE**<br><br>Judge:        Hon. Claudia Wilken<br>Date:         August 26, 2008<br>Time:         2:00 p.m.<br>Courtroom:  Courtroom 2, 4th Floor |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
FOR ADMINISTRATIVE  RELIEF TO MOVE THE
CASE MANAGEMENT CONFERENCE
CASE NO. C 08-02364 (CW)

1   The Court has read and considered the papers submitted in connection with

2   DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO MOVE THE CASE

3   MANAGEMENT CONFERENCE.  The Court finds that, based upon the circumstances presented,

4   good cause for Defendants' request to move the Case Management Conference exists.

5   
6       IT IS HEREBY ORDERED THAT Defendants' Motion is GRANTED.    The Case

7   Management Conference currently scheduled for August 26, 2008 is rescheduled until September

8   16, 2008.

9       IT IS SO ORDERED:

10  DATED:                          _____

11                                  CLAUDIA WILKEN
                                    United States District Court Judge
12

Clark S. Stone (SBN 202123) cstone@macpherson-kwok.com
MACPHERSON KWOK CHEN & HEID LLP
2033 Gateway Place, Suite 400
San Jose, CA 95110
Telephone:  (408) 392-9250
Facsimile:  (408) 392-9262

Michael J. Abernathy (admitted *pro hac vice*) mabernathy@bellboyd.com
Sanjay K. Murthy (SBN 212097) smurthy@bellboyd.com
BELL, BOYD & LLOYD LLP
70 West Madison Street, Suite 3300
Chicago, Illinois  60602
Telephone:  (312) 372-1121
Facsimile:  (312) 827-8000

Attorneys for Defendants
NEURALSTEM, INC., KARL K. JOHE, and
I. RICHARD GARR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEMCELLS, INC., a Delaware corporation, and STEMCELLS CALIFORNIA, INC., a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> NEURALSTEM, INC., a Delaware corporation, KARL K. JOHE, an individual, and I. RICHARD GARR, an individual, <br><br> Defendants. | Case No. C 08-02364 CW <br><br> **DECLARATION OF SANJAY K. MURTHY IN SUPPORT OF DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO MOVE THE CASE MANAGEMENT CONFERENCE** <br><br> Judge:     Hon. Claudia Wilken <br> Courtroom:  Courtroom 2, 4th Floor |

I, Sanjay K. Murthy, declare:

1.      I am a partner with the law firm of Bell, Boyd & Lloyd LLP and I am designated as lead counsel for defendants Neuralstem, Inc., Karl K. Johe and I. Richard Garr   (collectively "Defendants") in the above-captioned matter.  I submit this Declaration in support of Defendants' Motion For Administrative Relief To Move The Case Management Conference.

2.      I have been working on litigation matters between Neuralstem and StemCells, Inc. since 2006.  In that capacity, I have personally argued the only three motions which had hearings, including the hearing held on August 13, 2008 in the Maryland Actions.  In addition, I have personally prepared and signed almost every brief filed in the 2006 Maryland Action, the 2008 Maryland Action, and this matter.  All written correspondence that counsel for StemCells, Inc. and StemCells California, Inc. (collectively "StemCells") in both of these matters has been directed to me.  When StemCells brought in McDermott Will and Emery to replace its former counsel in these matters, I was the first attorney from my firm that was contacted.

3.      On August 13, 2008, Judge Alexander Williams, Jr. or the United States District Court for the District of Maryland held a telephonic hearing on StemCells' Motion to Dismiss. During that hearing, Judge Williams indicated he would rule on that motion in approximately one week.

4.      My wife is pregnant with our first child.  After the hearing with Judge Williams was concluded, I learned that she would be delivering sooner than expected, and approximately, on a date on or very near the Case Management Conference set by this Court for August 26, 2008.  My wife's original due date was after the Case Management Conference.   After learning this information, I immediately contacted William G. Gaede, counsel for StemCells in this matter to explore the possibility of agreeing to move the Case Management Conference to September 2, 2008.  A true and correct copy of my e-mail to him dated August 13, 2008 is attached as Exhibit A.

5.      Mr. Gaede responded to my e-mail and agreed to move the Case Management Conference to September 2, 2008.  A true and correct copy of Mr. Gaede's e-mail to me of August 13, 2008 is attached as Exhibit B.

DECLARATION OF SANJAY K. MURTHY IN SUPPORT
DEFENDANTS' MOTION  FOR ADMINISTRATIVE RELIEF TO
MOVE THE CASE MANAGEMENT CONFERENCE
CASE NO. C 08-02364 (CW)

1

1        6.     After discussing the scheduling matter further with this Court, Mr. Gaede advised

2   me that September 2, 2008 was not available.  He further indicated that September 16, 2008 was

3   the first available date for a new Case Management Conference.  A true and correct copy of Mr.

4   Gaede's e-mail to me of August 14, 2008 is attached as Exhibit C.

5        7.     After receiving Mr. Gaede's August 14, 2008 e-mail, I called him to discuss this

6   issue.  I proposed we call the Court together to discuss any alternative dates that might be available

7   in between September 2, 2008 and September 16, 2008.  I reiterated my stance to Mr. Gaede later

8   that evening in an e-mail which is attached as Exhibit D and left him a voicemail message in the

9   evening on August 14, 2008 to once again seek resolution of this issue.

10       8.     After our conversation, Mr. Gaede sent me a revised stipulation to move the Case

11  Management Conference.  A true and correct copy of  Mr. Gaede's e-mail to me of August 14,

12  2008 is attached as Exhibit E.

13       9.     I contacted Mr. Gaede again on August 15, 2008, but was advised by his assistant

14  that he was not in the office.  I left him another voicemail message that was not returned before this

15  motion was filed.

16       10.     I declare under penalty of perjury under the laws of the United States that the

17  foregoing is true and correct.

18       Executed this 15th day of July, 2008 at Chicago, Illinois.

19

20                      /s/Sanjay K Murthy
                        Sanjay K. Murthy

21

22

23

24

25

26

27

28
    DECLARATION OF SANJAY K. MURTHY IN SUPPORT      2
    DEFENDANTS' MOTION  FOR ADMINISTRATIVE RELIEF TO
    MOVE THE CASE MANAGEMENT CONFERENCE
    CASE NO. C 08-02364 (CW)

## Murthy, Sanjay K.

**From:**     Murthy, Sanjay K.
**Sent:**     Wednesday, August 13, 2008 12:16 PM
**To:**       'Gaede, William'
**Subject:**  RE: StemCells/Neuralstem Draft CMC

Dear Bill:

In light of Judge Williams' indication today that a ruling would issue in one week, I suggest we contact Judge Wilken to see if she would be willing to move back the Case Management Conference by one week or so.  I think it makes logical sense to wait and see what Judge Williams does with your motion.

In addition, my wife is pregnant with our first child.  Her due date was originally after the CMC, however, our doctor just informed us that she will likely go earlier.  Thus, I would appreciate the personal accommodation so that I could attend, since I am the lead attorney with responsibility for these matters.

It looks like Judge Wilken is available on September 2, 2008.  I realize that is immediately following a holiday weekend, so if that does not work for you, it would have to be the 16th since it does not appear she is available on September 9th.

Please let me know if you will agree to this extension.  In addition, if you would still like to discuss additional 26(f) issues, I am available after 5 pm today.

Thanks,

Sanjay

-----Original Message-----
**From:** Gaede, William [mailto:WGaede@mwe.com]
**Sent:** Tuesday, August 12, 2008 4:54 PM
**To:** Murthy, Sanjay K.
**Cc:** StemCells-NeuralStem (1877) (0109015-00044)
**Subject:** RE: StemCells/Neuralstem Draft CMC

Tomorrow late-morning Pacific works.  Does 11:00 Pacific, 1 Central work for you?

Bill Gaede
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304
wgaede@mwe.com
Phone: 650-813-5035
Cell:  415-999-4597
Fax: 650-813-5100

---

**From:** Murthy, Sanjay K. [mailto:smurthy@bellboyd.com]
**Sent:** Tuesday, August 12, 2008 2:25 PM
**To:** Gaede, William
**Cc:** StemCells-NeuralStem (1877) (0109015-00044)
**Subject:** RE: StemCells/Neuralstem Draft CMC

Dear Bill:

Thank you for sending the draft. We will review and provide you our comments. I did receive your voicemail, but I have tied up on other matters today. Perhaps we can discuss the remaining issues tomorrow afternoon?

In addition, for purposes of the telephone conference tomorrow with Judge Williams, please use the below information to access the telephone conference:

Dial in: 888-433-2820
Participant Passcode: 3128074416

Once we have you on the call, we will call Judge Williams as requested by the Court Order.

Regards,

Sanjay


**Sanjay K. Murthy** | **Bell, Boyd & Lloyd LLP**
70 W. Madison St., Ste. 3100 | Chicago, IL 60602-4207
t. 312-807-4416 | f. 312-827-8138
smurthy@bellboyd.com | www.bellboyd.com

The information contained in this e-mail message may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, any further disclosure or use, dissemination, distribution, or copying of this message or any attachment is strictly prohibited. If you think that you have received this e-mail message in error, please delete it and notify Sanjay K. Murthy (smurthy@bellboyd.com). If this message contains advice with respect to a Federal tax matter, in accordance with the Treasury Department's Circular 230 such advice is not intended or written to be used, and cannot be used, for the purpose of avoiding any Federal tax penalties.


-----Original Message-----



**From:** Gaede, William [mailto:WGaede@mwe.com]
**Sent:** Monday, August 11, 2008 8:28 PM
**To:** Murthy, Sanjay K.
**Cc:** StemCells-NeuralStem (1877) (0109015-00044)
**Subject:** StemCells/Neuralstem Draft CMC

Dear Sanjay:

Attached is a draft CMC Statement that will need to be filed by August 19. Please provide your comments and input so we can finalize. I put in a proposed schedule based on what I understand to be Judge Wilken's availability for trial at this time, with availability at the end of August, September and early October.

I look forward to hearing from you,

Bill.

Bill Gaede
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304
wgaede@mwe.com
Phone: 650-813-5035
Cell:  415-999-4597
Fax: 650-813-5100

*******************************************************************************************************************
IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

---

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
*******************************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.

**Murthy, Sanjay K.**

| | |
|---|---|
| **From:** | Gaede, William [WGaede@mwe.com] |
| **Sent:** | Wednesday, August 13, 2008 1:46 PM |
| **To:** | Murthy, Sanjay K. |
| **Subject:** | RE: StemCells/Neuralstem Draft CMC |

Dear Sanjay:

We do not oppose a request to the Court to extend to September 2 the CMC date and presumably adjust by one week the day for filing the CMC Statement and ADR Certification in view of your personal circumstance. We don't agree to September 16 nor do we agree that any delay is appropriate in California due to Judge Williams' indication that he may rule next week. Thus, that latter ground should be omitted from any request. Assuming the date for the CMC slips one week, let's pick up the issues for the CMC statement next week.

On another point, as we agreed last week, discovery in California may be used in the current Maryland 2 action and vice versa. Thus, we will be looking to Neuralstem to comply with its discovery obligations on the discovery served on August 5.

Congratulations on your pending family!

Bill Gaede
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304
wgaede@mwe.com
Phone: 650-813-5035
Cell: 415-999-4597
Fax: 650-813-5100

---

**From:** Murthy, Sanjay K. [mailto:smurthy@bellboyd.com]
**Sent:** Wednesday, August 13, 2008 10:16 AM
**To:** Gaede, William
**Subject:** RE: StemCells/Neuralstem Draft CMC

Dear Bill:

In light of Judge Williams' indication today that a ruling would issue in one week, I suggest we contact Judge Wilken to see if she would be willing to move back the Case Management Conference by one week or so. I think it makes logical sense to wait and see what Judge Williams does with your motion.

In addition, my wife is pregnant with our first child. Her due date was originally after the CMC, however, our doctor just informed us that she will likely go earlier. Thus, I would appreciate the personal accommodation so that I could attend, since I am the lead attorney with responsibility for these matters.

It looks like Judge Wilken is available on September 2, 2008. I realize that is immediately following a holiday weekend, so if that does not work for you, it would have to be the 16th since it does not appear she is available on September 9th.

Please let me know if you will agree to this extension. In addition, if you would still like to discuss additional 26(f) issues, I am available after 5 pm today.

Thanks,

Sanjay

The information contained in this e-mail message may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, any further disclosure or use, dissemination, distribution, or copying of this message or any attachment is strictly prohibited. If you think that you have received this e-mail message in error, please delete it and notify Sanjay K. Murthy (smurthy@bellboyd.com). If this message contains advice with respect to a Federal tax matter, in accordance with the Treasury Department's Circular 230 such advice is not intended or written to be used, and cannot be used, for the purpose of avoiding any Federal tax penalties.

-----Original Message-----
**From:** Gaede, William [mailto:WGaede@mwe.com]
**Sent:** Tuesday, August 12, 2008 4:54 PM
**To:** Murthy, Sanjay K.
**Cc:** StemCells-NeuralStem (1877) (0109015-00044)
**Subject:** RE: StemCells/Neuralstem Draft CMC

Tomorrow late-morning Pacific works.  Does 11:00 Pacific, 1 Central work for you?

Bill Gaede
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304
wgaede@mwe.com
Phone: 650-813-5035
Cell: 415-999-4597
Fax: 650-813-5100

**From:** Murthy, Sanjay K. [mailto:smurthy@bellboyd.com]
**Sent:** Tuesday, August 12, 2008 2:25 PM
**To:** Gaede, William
**Cc:** StemCells-NeuralStem (1877) (0109015-00044)
**Subject:** RE: StemCells/Neuralstem Draft CMC

Dear Bill:

Thank you for sending the draft.  We will review and provide you our comments.  I did receive your voicemail, but I have tied up on other matters today.  Perhaps we can discuss the remaining issues tomorrow afternoon?

In addition, for purposes of the telephone conference tomorrow with Judge Williams, please use the below information to access the telephone conference:

Dial in: 888-433-2820
Participant Passcode: 3128074416

Once we have you on the call, we will call Judge Williams as requested by the Court Order.

Regards,

Sanjay

**Sanjay K. Murthy** | **Bell, Boyd & Lloyd LLP**
70 W. Madison St., Ste. 3100 | Chicago, IL 60602-4207
t. 312-807-4416 | f. 312-827-8138
smurthy@bellboyd.com | www.bellboyd.com

---

The information contained in this e-mail message may be privileged, confidential, and protected from disclosure. If you are not the intended
recipient, any further disclosure or use, dissemination, distribution, or copying of this message or any attachment is strictly prohibited. If you think
that you have received this e-mail message in error, please delete it and notify Sanjay K. Murthy (smurthy@bellboyd.com). If this message
contains advice with respect to a Federal tax matter, in accordance with the Treasury Department's Circular 230 such advice is not intended or
written to be used, and cannot be used, for the purpose of avoiding any Federal tax penalties.

---

-----Original Message-----

**From:** Gaede, William [mailto:WGaede@mwe.com]
**Sent:** Monday, August 11, 2008 8:28 PM
**To:** Murthy, Sanjay K.
**Cc:** StemCells-NeuralStem (1877) (0109015-00044)
**Subject:** StemCells/NeuralStem Draft CMC

Dear Sanjay:

Attached is a draft CMC Statement that will need to be filed by August 19.  Please
provide your comments and input so we can finalize.  I put in a proposed schedule
based on what I understand to be Judge Wilken's availability for trial at this time, with
availability at the end of August, September and early October.

I look forward to hearing from you,

Bill.

Bill Gaede
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304
wgaede@mwe.com
Phone: 650-813-5035
Cell:  415-999-4597
Fax: 650-813-5100

*********************************************************************************************
IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we
inform you that any U.S. federal tax advice contained herein (including any
attachments), unless specifically stated otherwise, is not intended or written to be
used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal
Revenue Code or (ii) promoting, marketing or recommending to another party any
transaction or matter herein.

———————————————————————————————————————

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message
and all attachments are a private communication sent by a law firm and may be
confidential or protected by privilege. If you are not the intended recipient, you are

hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
****************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.

StemCells, Inc. at al. v. Neuralstem, Inc. et al. (N.D. Cal. 2008)/Joint Stipulation re: Case ...    Page 1 of 2

Case 4:08-cv-02364-CW    Document 45-6    Filed 08/15/2008    Page 1 of 2

**Murthy, Sanjay K.**

| | |
|---|---|
| **From:** | Gaede, William [WGaede@mwe.com] |
| **Sent:** | Thursday, August 14, 2008 3:01 PM |
| **To:** | Murthy, Sanjay K. |
| **Cc:** | StemCells-NeuralStem (1877) (0109015-00044) |
| **Subject:** | RE: StemCells, Inc. at al. v. Neuralstem, Inc. et al. (N.D. Cal. 2008)/Joint Stipulation re: Case Management Conference |

Dear Sanjay:

We called Sheila to confirm that the Judge was available on September 2 for the CMC to move from August 26. She is not setting Case Management Conferences for that day.  Unfortunately, as I told you originally, we can't agree to an extension of the August 26 CMC to September 16 as that delays (1) trial setting (and thus available dates for the trial to be set), (2) the deadlines for disclosures under the ND Patent Local Rules and (3) overall progression of the case.  I fully appreciate your desire to be present on August 26, and normally, as we did, am happy to accommodate on a personal request.  I don't believe that covering the Conference on the 26th should be too difficult with three local attorneys plus three Bell Boyd partners listed on Neuralstem's pleadings.

Happy to discuss further.  Also, we do need to finish the CMC Statement by next Tuesday, so please get your comments back to us on the draft sent earlier this week.

Best Regards,

Bill

Bill Gaede
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304
wgaede@mwe.com
Phone: 650-813-5035
Cell:  415-999-4597
Fax: 650-813-5100

---

**From:** Murthy, Sanjay K. [mailto:smurthy@bellboyd.com]
**Sent:** Thursday, August 14, 2008 10:49 AM
**To:** Gaede, William
**Cc:** nlit1877@bellboyd.com
**Subject:** StemCells, Inc. at al. v. Neuralstem, Inc. et al. (N.D. Cal. 2008)/Joint Stipulation re: Case Management Conference

Dear Bill:

Attached is a Joint Stipulation to Reschedule the Case Management Conference currently set for August 26th.  Please review and let me know if you have any comments.

Best regards,

StemCells, Inc. at al. v. Neuralstem, Inc. et al. (N.D. Cal. 2008)/Joint Stipulation re: Case ...   Page 2 of 2

Case 4:08-cv-02364-CW     Document 45-6     Filed 08/15/2008     Page 2 of 2

Sanjay

<<BBLCH_D-#992017-v1-Joint_Stipulation_to_Move_Case_Management_Conference_Date.DOC¤>>

**Sanjay K. Murthy** | **Bell, Boyd & Lloyd LLP**
70 W. Madison St., Ste. 3100 | Chicago, IL 60602-4207
t. 312-807-4416 | f. 312-827-8138
smurthy@bellboyd.com | www.bellboyd.com

The information contained in this e-mail message may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, any further disclosure or use, dissemination, distribution, or copying of this message or any attachment is strictly prohibited. If you think that you have received this e-mail message in error, please delete it and notify Sanjay K. Murthy (smurthy@bellboyd.com). If this message contains advice with respect to a Federal tax matter, in accordance with the Treasury Department's Circular 230 such advice is not intended or written to be used, and cannot be used, for the purpose of avoiding any Federal tax penalties.

*******************************************************************************************************
IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

_____

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
*******************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.

**Murthy, Sanjay K.**

---

**From:**      Murthy, Sanjay K.

**Sent:**       Thursday, August 14, 2008 5:15 PM

**To:**         'Gaede, William'

**Cc:**         StemCells-NeuralStem (1877) (0109015-00044)

**Subject:**   RE: StemCells, Inc. at al. v. Neuralstem, Inc. et al. (N.D. Cal. 2008)/Joint Stipulation re: Case
Management Conference

Dear Bill:

As we discussed, I am happy to call Judge Wilken's Clerk to discuss alternative dates that may be
available besides September 2nd.  Please let me know if that is something you are interested in doing.
Moreover, as lead counsel in the case, under the Local Rules, I am required to attend this
Conference.  As you may or may not be aware, I also the person that has argued every motion on behalf
of Neuralstem and prepared and signed almost every brief filed in all of the SCI/Neuralstem matters, so
my attendance is important.  I would really prefer not to file a motion on this issue, so I hope we can
come to some type of agreement.

Regards,

Sanjay

-----Original Message-----
**From:** Gaede, William [mailto:WGaede@mwe.com]
**Sent:** Thursday, August 14, 2008 3:01 PM
**To:** Murthy, Sanjay K.
**Cc:** StemCells-NeuralStem (1877) (0109015-00044)
**Subject:** RE: StemCells, Inc. at al. v. Neuralstem, Inc. et al. (N.D. Cal. 2008)/Joint Stipulation re: Case
Management Conference

Dear Sanjay:

We called Sheila to confirm that the Judge was available on September 2 for the CMC to move from
August 26.  She is not setting Case Management Conferences for that day.  Unfortunately, as I told you
originally, we can't agree to an extension of the August 26 CMC to September 16 as that delays (1) trial
setting (and thus available dates for the trial to be set), (2) the deadlines for disclosures under the ND
Patent Local Rules and (3) overall progression of the case.  I fully appreciate your desire to be present on
August 26, and normally, as we did, am happy to accommodate on a personal request.  I don't believe that
covering the Conference on the 26th should be too difficult with three local attorneys plus three Bell Boyd
partners listed on Neuralstem's pleadings.

Happy to discuss further.  Also, we do need to finish the CMC Statement by next Tuesday, so please get
your comments back to us on the draft sent earlier this week.

Best Regards,

Bill

Bill Gaede
McDermott Will & Emery LLP
3150 Porter Drive

Palo Alto, CA 94304
wgaede@mwe.com
Phone: 650-813-5035
Cell:  415-999-4597
Fax: 650-813-5100

---

**From:** Murthy, Sanjay K. [mailto:smurthy@bellboyd.com]
**Sent:** Thursday, August 14, 2008 10:49 AM
**To:** Gaede, William
**Cc:** nlit1877@bellboyd.com
**Subject:** StemCells, Inc. at al. v. Neuralstem, Inc. et al. (N.D. Cal. 2008)/Joint Stipulation re: Case Management Conference

Dear Bill:

Attached is a Joint Stipulation to Reschedule the Case Management Conference currently set for August 26th.  Please review and let me know if you have any comments.

Best regards,

Sanjay

<<BBLCH_D-#992017-v1-
Joint_Stipulation_to_Move_Case_Management_Conference_Date.DOC¤>>

**Sanjay K. Murthy** | **Bell, Boyd & Lloyd LLP**
70 W. Madison St., Ste. 3100 | Chicago, IL 60602-4207
t. 312-807-4416 | f. 312-827-8138
smurthy@bellboyd.com | www.bellboyd.com

---

The information contained in this e-mail message may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, any further disclosure or use, dissemination, distribution, or copying of this message or any attachment is strictly prohibited. If you think that you have received this e-mail message in error, please delete it and notify Sanjay K. Murthy (smurthy@bellboyd.com). If this message contains advice with respect to a Federal tax matter, in accordance with the Treasury Department's Circular 230 such advice is not intended or written to be used, and cannot be used, for the purpose of avoiding any Federal tax penalties.

---

*********************************************************************************************************************
IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

---

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
*********************************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.

**Murthy, Sanjay K.**

| | |
|---|---|
| **From:** | Gaede, William [WGaede@mwe.com] |
| **Sent:** | Thursday, August 14, 2008 8:15 PM |
| **To:** | Murthy, Sanjay K. |
| **Cc:** | StemCells-NeuralStem (1877) (0109015-00044) |
| **Subject:** | RE: StemCells, Inc. at al. v. Neuralstem, Inc. et al. (N.D. Cal. 2008)/Joint Stipulation re: Case Management Conference |

Dear Sanjay:

Attached is a revised stip to file with the Court. This accommodates your desire for an extension and our desire for the Court to set the trial date so we do not lose time by accommodating your request. Assuming this is ok with you, we can go ahead and file. Also, assuming the extension is granted, as we discussed, we would agree to adhere to the disclosure dates under the Patent Local Rules keyed off the original August 26 date, as reflected in the draft CMC Statement sent to you earlier this week.

Please contact me tomorrow as well so we can address the Order on ADR that issued today. We have discussed ADR and have generally agreed on mediation and thus we should finish our conversation and get a certification on file.

Bill Gaede
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304
wgaede@mwe.com
Phone: 650-813-5035
Cell: 415-999-4597
Fax: 650-813-5100

---

**From:** Murthy, Sanjay K. [mailto:smurthy@bellboyd.com]
**Sent:** Thursday, August 14, 2008 3:15 PM
**To:** Gaede, William
**Cc:** StemCells-NeuralStem (1877) (0109015-00044)
**Subject:** RE: StemCells, Inc. at al. v. Neuralstem, Inc. et al. (N.D. Cal. 2008)/Joint Stipulation re: Case Management Conference

Dear Bill:

As we discussed, I am happy to call Judge Wilken's Clerk to discuss alternative dates that may be available besides September 2nd. Please let me know if that is something you are interested in doing. Moreover, as lead counsel in the case, under the Local Rules, I am required to attend this Conference. As you may or may not be aware, I also the person that has argued every motion on behalf of Neuralstem and prepared and signed almost every brief filed in all of the SCI/Neuralstem matters, so my attendance is important. I would really prefer not to file a motion on this issue, so I hope we can come to some type of agreement.

Regards,

Sanjay

---

The information contained in this e-mail message may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, any further disclosure or use, dissemination, distribution, or copying of this message or any attachment is strictly prohibited. If you think that you have received this e-mail message in error, please delete it and notify Sanjay K. Murthy (smurthy@bellboyd.com). If this message contains advice with respect to a Federal tax matter, in accordance with the Treasury Department's Circular 230 such advice is not intended or written to be used, and cannot be used, for the purpose of avoiding any Federal tax penalties.

---

-----Original Message-----

**From:** Gaede, William [mailto:WGaede@mwe.com]
**Sent:** Thursday, August 14, 2008 3:01 PM
**To:** Murthy, Sanjay K.
**Cc:** StemCells-NeuralStem (1877) (0109015-00044)
**Subject:** RE: StemCells, Inc. at al. v. Neuralstem, Inc. et al. (N.D. Cal. 2008)/Joint Stipulation re: Case Management Conference

Dear Sanjay:

We called Sheila to confirm that the Judge was available on September 2 for the CMC to move from August 26. She is not setting Case Management Conferences for that day. Unfortunately, as I told you originally, we can't agree to an extension of the August 26 CMC to September 16 as that delays (1) trial setting (and thus available dates for the trial to be set), (2) the deadlines for disclosures under the ND Patent Local Rules and (3) overall progression of the case. I fully appreciate your desire to be present on August 26, and normally, as we did, am happy to accommodate on a personal request. I don't believe that covering the Conference on the 26th should be too difficult with three local attorneys plus three Bell Boyd partners listed on Neuralstem's pleadings.

Happy to discuss further. Also, we do need to finish the CMC Statement by next Tuesday, so please get your comments back to us on the draft sent earlier this week.

Best Regards,

Bill

Bill Gaede
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304
wgaede@mwe.com
Phone: 650-813-5035
Cell: 415-999-4597
Fax: 650-813-5100

---

**From:** Murthy, Sanjay K. [mailto:smurthy@bellboyd.com]
**Sent:** Thursday, August 14, 2008 10:49 AM
**To:** Gaede, William
**Cc:** nlit1877@bellboyd.com
**Subject:** StemCells, Inc. at al. v. Neuralstem, Inc. et al. (N.D. Cal. 2008)/Joint Stipulation re: Case Management Conference

Dear Bill:

Attached is a Joint Stipulation to Reschedule the Case Management Conference currently set for August 26th. Please review and let me know if you have any comments.

Best regards,

Sanjay

<<BBLCH_D-#992017-v1-
Joint_Stipulation_to_Move_Case_Management_Conference_Date.DOC¤>>


**Sanjay K. Murthy** | **Bell, Boyd & Lloyd LLP**
70 W. Madison St., Ste. 3100 | Chicago, IL 60602-4207
t. 312-807-4416 | f. 312-827-8138
smurthy@bellboyd.com | www.bellboyd.com

---

The information contained in this e-mail message may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, any further disclosure or use, dissemination, distribution, or copying of this message or any attachment is strictly prohibited. If you think that you have received this e-mail message in error, please delete it and notify Sanjay K. Murthy (smurthy@bellboyd.com). If this message contains advice with respect to a Federal tax matter, in accordance with the Treasury Department's Circular 230 such advice is not intended or written to be used, and cannot be used, for the purpose of avoiding any Federal tax penalties.

---

*********************************************************************************************************************
IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

---

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
*********************************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.

MCDERMOTT WILL & EMERY LLP
Terrence P. McMahon (SBN 71910)
tmcmahon@mwe.com
William G. Gaede III (SBN 136184)
wgaede@mwe.com
Andrew A. Kumamoto (SBN 178541)
akumamoto@mwe.com
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Attorneys for Plaintiffs
STEMCELLS, INC. and
STEMCELLS CALIFORNIA, INC.

Michael J. Abernathy (admitted *pro hac vice*)
Sanjay K. Murthy (SBN 212097)
smurthy@bellboyd.com
BELL, BOYD & LLOYD LLP
70 West Madison Street, Suite 3100
Chicago, Illinois  60602
Telephone:  (312) 372-1121
Facsimile:  (312) 827-8000

Attorneys for Defendants
NEURALSTEM, INC., KARL K. JOHE, and
I. RICHARD GARR

*McDermott Will & Emery LLP*
*Attorneys At Law*
*Palo Alto*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| STEMCELLS, INC., a Delaware corporation, and STEMCELLS CALIFORNIA, INC., a California corporation,<br><br>        Plaintiffs,<br><br>        v.<br><br>NEURALSTEM, INC., a Delaware corporation, KARL K. JOHE, an individual, and<br>I. RICHARD GARR, an individual,<br><br>        Defendants. | **Case No. C 08-02364 CW**<br><br>**JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND REQUEST TO SET TRIAL DATE; AND [PROPOSED] ORDER**<br><br>Date:     August 26, 2008<br>Time:     2:00 p.m.<br>Courtroom:  Courtroom 2, 4th Floor<br><br>**Honorable Claudia Wilken** |

-2-

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

Whereas Plaintiffs StemCells, Inc. and StemCells California, Inc. (collectively "StemCells") and Defendants Neuralstem, Inc., Karl K. Johe, and I. Richard Garr (collectively "Neuralstem") (StemCells and Neuralstem shall be collectively referred to as the "Parties") hereby stipulate as follows:

On May 12, 2008, this Court set a Case Management Conference on August 26, 2008, at 2:00 pm for this patent infringement suit and associated state law claims. (Docket No. 11.) Neuralstem's principal counsel in this matter has family obligations that will prevent his attendance at the hearing date currently scheduled by the Court. Based on those obligations, which recently arose, the Parties believe that rescheduling of the current date is appropriate but, if also appropriate with the Court, do not want this delay to impact on the setting of the trial date at the earliest possible date. Based on conversations with the Calendar Clerk, the Parties were informed that there was availability for trial dates in September or October 2009. The parties have agreed that trial in this matter will require between 8-12 trial days.

Therefore, the parties jointly agree and request as follows:

(1) That the Case Management Conference in this matter be rescheduled for September 16, 2008, at 2:00 p.m.

(2) That the Court set the trial date in this matter for a date no later than October 20, 2009.

**SO STIPULATED** this _____ day of August 2008**.**

BELL, BOYD & LLOYD LLP                    MCDERMOTT WILL & EMERY LLP

By: _____*/s/ Sanjay K. Murthy*_____        By: _____*/s/ William G. Gaede, III*_____
        Sanjay K. Murthy                                    William G. Gaede, III

*Attorneys for Defendants*                      *Attorneys for Plaintiffs*
Neuralstem, Inc., Karl K. Johe and              StemCells, Inc. and StemCells California, Inc.
I. Richard Garr

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

Pursuant to stipulation, IT IS HEREBY ORDERED that the Case Management Conference scheduled on August 26, 2008, at 2:00 p.m. is rescheduled to September 16, 2008, at 2:00 p.m.

IT IS FURTHER ORDERED that up to a 12 day trial in this matter is hereby set for _____, 2009.

**SO ORDERED** this _____ day of August, 2008.

_____
Honorable Claudia Wilken
Judge of the United States District Court

     Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Sanjay K. Murthy.

Dated:  August ___, 2008.

MCDERMOTT WILL & EMERY LLP


By:       */s/ William G. Gaede, III*
        William G. Gaede, III

*Attorneys for Plaintiffs*
StemCells, Inc. and StemCells California, Inc.