IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEMCELLS, INC., a Delaware corporation, and STEMCELLS CALIFORNIA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v<br><br>NEURALSTEM, INC., a Delaware corporation, KARL K. JOHE, an individual, and I. RICHARD GARR, an individual,<br><br>Defendants. | Case No. C-08-02364 CW<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL**<br><br>Hon. Claudia Wilken |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

DATED: __August 15, 2008__          _____
                                                                Kenneth B. Stratton

                                                                Signed on behalf of StemCells, Inc. and
                                                                StemCells California Inc.

DATED: __August 15, 2008__          MCDERMOTT WILL & EMERY LLP

                                                    By: __/s/ William G. Gaede, III__
                                                                William G. Gaede, III

                                                    Attorneys for *StemCells, Inc. and StemCells California, Inc.*

MPK 145578-1.081361.0011               1

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto