UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEMCELLS, INC., a Delaware corporation, and STEMCELLS CALIFORNIA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NEURALSTEM, INC., a Delaware corporation, KARL K. JOHE, an individual, and I. RICHARD GARR, an individual,<br><br>Defendants. | Case No. C 08-02364 CW<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL**<br><br>Judge:   Hon. Claudia Wilken |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

ADR CERTIFICATION BY PARTIES
AND COUNSEL FOR DEFENDANTS
CASE NO. C 08-02364 (CW)

Dated: August 15, 2008                By: _I. Richard Garr_ _____
                                      CEO OF NEURALSTEM, INC.
                                      ON BEHALF OF HIMSELF AND
                                      NEURALSTEM, INC.

Dated: August 15, 2008                By: _Karl K. Johe_____
                                      ON BEHALF OF DEFENDANT KARL K.
                                      JOHE


                                      BELL, BOYD & LLOYD LLP

Dated: August 15, 2008                By: _Sanjay K. Murthy_____
                                      ATTORNEYS FOR DEFENDANTS
                                      NEURALSTEM, INC., KARL K.
                                      JOHE, and I. RICHARD GARR

ADR CERTIFICATION BY PARTIES
AND COUNSEL FOR DEFENDANTS
CASE NO. C 08-02364 (CW)

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from I. Richard Garr and Karl K. Johe.

Dated: August 15, 2008.   BELL, BOYD & LLOYD LLP

By: *Sanjay K. Murthy*
    Sanjay K. Murthy

Attorneys for Defendants
NEURALSTEM, INC., KARL K. JOHE, and
I. RICHARD GARR

ADR CERTIFICATION BY PARTIES
AND COUNSEL FOR DEFENDANTS
CASE NO. C 08-02364 (CW)