1  MCDERMOTT WILL & EMERY LLP
   Terrence P. McMahon (71910)
2  tmcmahon@mwe.com
   William G. Gaede III (136184)
3  wgaede@mwe.com
   Andrew A. Kumamoto (178541)
4  akumamoto@mwe.com
   3150 Porter Drive
5  Palo Alto, CA  94304-1212
   Telephone:     (650) 813-5000
6  Facsimile:     (650) 813-5100

7  MCDERMOTT WILL & EMERY LLP
   John R. Fuisz (*pro hac vice*)
8  jfuisz@mwe.com
   Stephen Shahida (*pro hac vice*)
9  sshahida@mwe.com
   600 13th Street, N.W.
10 Washington, DC 20005-3096
   Telephone:     (202) 756-8000
11 Facsimile:     (202) 756-8087

12 Attorneys for *StemCells, Inc. and
   StemCells California, Inc.*
13

14                    IN THE UNITED STATES DISTRICT COURT

15              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                                OAKLAND DIVISION

| | |
|---|---|
| 17  STEMCELLS, INC., a Delaware corporation, and STEMCELLS CALIFORNIA, INC., a California corporation, | Case No.  C-08-02364 CW |
| 18 | **[PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND SETTING TRIAL DATE** |
| 19                    Plaintiffs, | |
| 20  v | **Hon. Claudia Wilken** |
| 21  NEURALSTEM, INC., a Delaware corporation, KARL K. JOHE, an individual, and I. RICHARD GARR, an individual, | |
| 22 | |
| 23                    Defendants. | |

MPK 145587-1.081361.0011

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND SETTING TRIAL DATE**
**CASE NO. C-08-02364 CW**

1  The Court having reviewed Defendants' Motion to Administratively Reschedule the Case Management Conference and having reviewed Plaintiffs' Opposition-in-Part and Request for Trial Date, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Case Management Conference scheduled on August 26, 2008, at 2:00 p.m. is rescheduled to September 16, 2008, at 2:00 p.m.

**IT IS FURTHER ORDERED** that up to a 12 day trial in this matter is hereby set for _____, 2009.

**SO ORDERED** this \_\_\_\_ day of August, 2008.

_____
Honorable Claudia Wilken
Judge of the United States District Court