Clark S. Stone (SBN 202123) cstone@macpherson-kwok.com
MACPHERSON KWOK CHEN & HEID LLP
2033 Gateway Place, Suite 400
San Jose, CA 95110
Telephone: (408) 392-9250
Facsimile: (408) 392-9262

Sanjay K. Murthy (SBN 212097) smurthy@bellboyd.com
Alan L. Barry (*pro hac vice* pending) abarry@bellboyd.com
Michael J. Abernathy (*pro hac vice* pending*)* mabernathy@bellboyd.com
BELL, BOYD & LLOYD LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8000

Attorneys for Defendants
NEURALSTEM, INC., KARL K. JOHE, and
I. RICHARD GARR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEMCELLS, INC., a Delaware corporation, and STEMCELLS CALIFORNIA, INC., a California corporation,<br><br>         Plaintiffs,<br><br>    v.<br><br>NEURALSTEM, INC., a Maryland corporation, KARL K. JOHE, an individual, and I. RICHARD GARR, an individual,<br><br>         Defendants. | Case No. C 08-02364 CW<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO MOVE THE CASE MANAGEMENT CONFERENCE<br><br>Judge:   Hon. Claudia Wilken<br>Date:    August 26, 2008<br>Time:    2:00 p.m.<br>Courtroom: Courtroom 2, 4th Floor |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
FOR ADMINISTRATIVE RELIEF TO MOVE THE
CASE MANAGEMENT CONFERENCE
CASE NO. C 08-02364 (CW)

1 | The Court has read and considered the papers submitted in connection with
2 | DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO MOVE THE CASE
3 | MANAGEMENT CONFERENCE.  The Court finds that, based upon the circumstances presented,
4 | good cause for Defendants' request to move the Case Management Conference exists.

5

6 | IT IS HEREBY ORDERED THAT Defendants' Motion is GRANTED.  The Case
7 | Management Conference currently scheduled for August 26, 2008 is rescheduled until September
8 | 16, 2008.

9 | IT IS SO ORDERED:

10 | DATED:   8/21/08

11 | _____
    | CLAUDIA WILKEN
    | United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
FOR ADMINISTRATIVE  RELIEF TO MOVE THE
CASE MANAGEMENT CONFERENCE
CASE NO. C 08-02364 (CW)

1