IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEMCELLS, INC., a Delaware corporation; and STEMCELLS CALIFORNIA, INC., a California corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NEURALSTEM, INC., a Maryland Corporation; KARL K. JOHE; and I. RICHARD GARR,<br><br>　　　　Defendants.<br>_____/ | No. C 08-2364 CW<br><br>ORDER TRANSFERRING CASE TO THE DISTRICT OF MARYLAND |

　　In an order dated July 1, 2008, the Court advised the parties that, if Plaintiffs Stemcells, Inc. and Stemcells California, Inc. filed a motion to transfer Neuralstem, Inc. v. Stemcells, Inc. (D. Md. C 08-1173), a related action filed in the District of Maryland, to this court and the Maryland court denied that motion, the Court would transfer this later-filed case to the District of Maryland. Plaintiffs have filed such a motion and, in an order dated August 27, 2008, the Maryland Court denied it. Accordingly and good cause appearing therefor, the Court hereby TRANSFERS this action to the District of Maryland.

　　IT IS SO ORDERED.

Dated: 8/29/08

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　United States District Judge